UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN-DAN, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-04753-KAW<br><br>**ORDER REGARDING JOINT NOTICE OF SETTLEMENT; JOINT STATUS UPDATE DUE 5/20/16**<br><br>Re: Dkt. No. 19 |

Pursuant to the notice of settlement filed by the parties, the Court vacates all currently set dates, with the expectation that the parties shall file a Joint Stipulation for Dismissal within 60 days of this order. If the dismissal is not filed within that time period, the parties shall file a joint status report on or before May 20, 2016 to explain why the dismissal has not been filed.

IT IS SO ORDERED.

Dated: March 14, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge