UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 4:15-CV-04753-KAW |
| Plaintiff, | **ORDER** |
| v. | |
| SAN-DAN, LLC, A California Limited Liability Company; SAN RAMON NO. 108, LLC, A California Corporation; and Does 1-10, | |
| Defendants. | |

## <u>ORDER</u>

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 5/6/16

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge